## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| EUGENIA HERNANDEZ and KATHLEEN ROMERO,<br><br>        Plaintiff,<br><br>v.<br><br>PUBLIC PARTNERSHIPS, LLC,<br><br>        Defendants. | Civil Action No. 2:26-cv-05215<br><br>**Rule 7.1 Disclosure Statement**<br><br>***Electronically Filed*** |

### RULE 7.1 DISCLOSURE STATEMENT
### OF DEFENDANT PUBLIC PARTNERSHIPS, LLC

Pursuant to Fed. R. Civ. P. 7.1(a)(1), Public Partnerships LLC is wholly owned by PPL Acquisition LLC.  PPL Acquisition LLC is wholly owned by PPL Intermediate Holdings Inc. PPL Intermediate Holdings Inc. is the parent corporation of Public Partnerships LLC. No publicly held corporation owns 10% or more of the stock of PPL Intermediate Holdings Inc.

Dated: July 10, 2026

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendant*

By: */s/ Dimitrios T. Markos*
Dimitrios T. Markos, Bar No. 026062012
Maria Amalia Nieto, Bar No. 348072021
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
dmarkos@littler.com
anieto@littler.com

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of

the foregoing Defendant's Fed. R. Civ. 7.1 Disclosure Statement to be served upon Keith E.

Williams, Esq., The NHG Law Group, P.C., 4242 Merrick Road, Massapequa, New York 11758,

attorneys for Plaintiff, via the Court's electronic filing system.

Dated: July 10, 2026

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendant*


By: */s/ Dimitrios T. Markos*
Dimitrios T. Markos, Bar No. 026062012
Maria Amalia Nieto, Bar No. 348072021
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
dmarkos@littler.com
anieto@littler.com

2